AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Vicky LYNN <br><br> *Plaintiff(s)* <br> v. <br> Alexander STROSS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-397-JR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alexander STROSS
6704 Manchaca Road, Unit 23,
Austin, Texas 78745-4980

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David H. MADDEN
Mersenne Law
9600 S.W. Oak Street
Suite 500
Tigard, Oregon 97223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **04/16/2019**

By: **s/J Norgate, Deputy Clerk**

Recieved  4-16-19  13:12

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that true and correct copies of the documents entitled:

**COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF COPYRIGHT** (8 pages) *and*

**PLAINTIFF'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** (2 pages)

were served upon the parties listed below on the date indicated,

- ☐ by following state law for serving a summons in an action brought in courts of general jurisdiction where the district court is located or where service is made:
  - ☐ by delivery of a true copy of the document to the party to be served;
  - ☐ by delivering a true copy of the document to the dwelling house or usual place of abode of the person to be served, to any person 14 years of age or older residing in the dwelling house or usual place of abode of the person to be served;
  - ☐ by leaving a true copy of the document during working hours at an office maintained by the party to be served for the conduct of business, with the person who is apparently in charge;
  - ☐ by mailing a true copy of the document to the party by first class mail and by any of the following: certified, registered, or express mail with return receipt requested;
- ☒ by delivering a copy of the document to the individual personally;
- ☐ by leaving a copy of the document at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there;
- ☐ by delivering a copy of the document to an agent authorized by appointment or by law to receive service of process;
- ☐ by mailing a copy of the document to an attorney representing the party;

Alexander STROSS
6704 Manchaca Road, Unit 23
Austin, Texas 78745-4890

*Process Server Statement / Notes*

4/22/19 @ 10:43 AM          Anderson #252
_____            _____
Date        Print name below:
                            Chelsea Anderson

*Affidavit of Service*



**ADAN BALLESTEROS**
CONSTABLE, PRECINCT 2
TRAVIS COUNTY, TEXAS

10409 Burnet Rd., Suite 150
Austin, Texas 78758-4418
512-854-9697

RECEIVED
2 / APR 2019
BY:

MERSENNE LAW
DAVID H. MADDEN
9600 S.W. OAK ST #500
TIGARD OR 97223



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.50⁰
02 4W
0000334691 APR 24 2019