IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| VICKY LYNN, | No. 3:19-cv-00397-JR |
| Plaintiff, | ORDER |
| v. | |
| ALEXANDER STROSS, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation [25] on October 7, 2019 in which she recommends the Court grant Defendant's Motion to Dismiss for Lack of Jurisdiction and Improper Venue [13]. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [25]. Accordingly, Defendant's motion to dismiss [13] is granted and this action is dismissed.

IT IS SO ORDERED.

DATED this   11/30/2019  

_____
MARCO A. HERNANDEZ
United States District Judge